UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                                    CASE NO.: 09-41152

BRIAN DWIGHT SMITH                                        CHAPTER 13
CARLETTE SOPHIA SMITH
_____/

**DEBTOR'S NOTICE OF PROPOSED SETTLEMENT OF
THE POTENTIAL FAIR DEBT COLLECTION PRACTICES ACT CLAIM
AND REQUEST FOR HEARING UPON OBJECTION(S)**

**To creditors and all interested parties:**

Debtors give notice that they have, subject to Court approval, settled the potential Fair Debt Collection Practices Act claim and says:

1. Debtor Brian Smith retained counsel to pursue a potential Fair Debt Collection Practices Act claim against Credit Collection USA LLC.

2. David H. Abrams and Robert W. Murphy were appointed as special counsel to continue the claim through bankruptcy.

3. Special counsel has settled the potential Fair Debt Collection Practices Act claim subject to this Court's approval. The terms of the settlement are that Credit Collection USA LLC does not admit any wrong doing and shall pay to Debtors $1,000.00 and attorney fees in exchange for release from potential liability.

4. Debtors propose that subject to claim for special counsel's attorney fees, these funds will be turned over to the Chapter 13 Trustee to pay creditors who have filed claims with the Court, or a separate Motion to Use the Settlement Proceeds will be filed with the Court.

5.   The Debtors request approval of the settlement.  The Debtors believe that the settlement is in the best interests of the bankruptcy estate and creditors as the Debtor would otherwise incur substantial litigation costs.

6.   A copy of the Settlement Agreement will be provided to any interested party upon request made to the undersigned counsel.

**NOTICE IS HEREBY GIVEN that objection(s), if any, to the proposed settlement must be made in writing and must be filed with the Clerk, U.S. Bankruptcy Court, 110 East Park Ave, Tallahassee, Florida 32301, within twenty-one (21) days from the date of the mailing of this notice. If any objection is timely filed a copy of such objections must be served on attorney for the Debtor at the address below. Any such objection must state the reason(s) for the objection. Any person filing an objection must also request a hearing upon the objection. Any objection not timely filed and served shall be deemed waived. If no objection is filed timely, the Debtor will request the U.S. Bankruptcy Court to enter an Order approving the settlement without a hearing.**

/S/David H. Abrams
David H. Abrams
Attorney for Debtors
Florida Bar Number 0692484
P.O. Box 3298
Tallahassee, Florida 32315
(850) 224-7653 Phone
(850) 222-0206 Fax
Info@TallahasseeConsumerLawyer.Com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic and/or U.S. Mail this 5th day of May 2010, upon all creditors on the attached mailing matrix.

/S/David H. Abrams
David H. Abrams
Attorney for Debtors

Label Matrix for local noticing
1129-4
Case 09-41152-LMK
Northern District of Florida
Tallahassee
Wed May  5 14:51:48 EDT 2010

American General Home Equity, Inc.
P O BOX 3961
TALLAHASSEE, FL 32315-3961

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Sunshine Savings Bank
c/o Henry Lee Miller, Jr.
277 Pinewood Drive
Tallahassee, FL 32303-8510

Wells Fargo Home Mortgage
P.O. Box 25018
Tampa, FL 33622-5018

Citicorp Trust Bank
P.O. Box 140489
Irving, TX 75014-0489

American General Finance
Northwood Station Shpg Center
1660 North Monroe Street, Ste. 8
Tallahassee, FL 32303-5558

Bank Of America
PO Box 17054
Wilmington, DE 19850-7054

Capital Regional Medical Center
P.O. Box 99400
Louisville, KY 40269-0400

Capital Regional Medical Center
c/o B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Center of Ortho & Sports PT
1834 Jacliff Court, Ste A
Tallahassee, FL 32308-4400

Citifinancial Retail Services
605 Munn Road
Fort Mill, SC 29715-8421

Collection Bur Ft Walt
711 Eglin Pkwy E
Fort Walton Beach, FL 32547-2527

Credit Collection USA
256 Greenbag Road, Ste 1
PO Box 873
Morgantown, WV 26507-0873

Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225-1470

Dex
5000 College Blvd.
Suite 201
Leawood, KS 66211-1793

Doris Maloy
Leon County Tax Collector
P.O. Box 1835
Tallahassee, FL 32302-1835

FIA CARD SERVICES, NA AS SUCCESSOR IN INTERE
BANK OF AMERICA NA AND MBNA AMERICA BANK
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

Florida Dept. of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

Florida Dept. of Revenue
Tallahasssee Service Center
267 John Knox Road, Ste. 200
Tallahassee, FL 32303-6692

H&R Block Services Inc.
C/O Law Office of Mitchell N. Kay, P.C.
P.O. Box 9006
Smithtown, NY 11787-9006

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

JC Christensen and Associates Inc.
PO Box 519
Sauk Rapids, MN 56379-0519

LVNV Funding LLC
Po Box 740281
Houston, TX 77274-0281

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

NCO Financial
PO Box 15630
Dept 99
Wilmington, DE 19850-5630

National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125-1741
USA

Nelnet Loans
6420 Southpoint Pkwy
Jacksonville, FL 32216-0944

Nelnet on behalf of COAC
College Access Network
1560 Broadway Suite 1700
Denver CO 80202-5159

Publisher's Clearing House
C/O North Shore Agency, Inc.
PO Box 8969
Westbury, NY 11590-8969

| | | |
|---|---|---|
| Reliable Credit Svcs<br>Po Box 4269<br>Tallahassee, FL 32315-4269 | Sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Sallie Mae Inc. on behalf of<br>United Student Aid Funds, Inc.<br>USAF<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 |
| Score Federal Credit Union<br>1447 Mahan Dr<br>Tallahassee, FL 32308-5109 | Sears/Cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Sunshine Savings Bank<br>1400 E Park Ave<br>Tallahassee, FL 32301-2816 |
| Sunshine Savings Bank<br>Mathews Law Firm, PA<br>277 Pinewood Drive<br>Pinewood Professional Offices<br>Tallahassee, FL 32303-8510 | Sunshine State Credit<br>1400 E Park Ave<br>Tallahassee, FL 32301-2863 | United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 |
| Viking Collection Services<br>for Bank of America<br>PO Box 1022<br>Wixom, MI 48393-1022 | Wells Fargo Bank<br>Po Box 5445<br>Portland, OR 97228-5445 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 |
| Wells Fargo Finance<br>1110 Capital Cir NE, Ste. H<br>Tallahassee, FL 32301-3532 | Wells Fargo Home Mortgage<br>8480 Stagecoach Cir<br>Frederick, MD 21701-4747 | Wells Fargo Home Mortgage<br>Florida Default Law Group PL<br>P O Box 25018<br>Tampa, Florida 33622-5018 |
| West Asset Management<br>P.O. Box 1022<br>Wixom, MI 48393-1022 | Brian Dwight Smith<br>5990 Smithville Lane<br>Tallahassee, FL 32309-8574 | Carlette Sophia Smith<br>5990 Smithville Lane<br>Tallahassee, FL 32309-8574 |
| David H. Abrams<br>Law Office of David H. Abrams<br>PO Box 3298<br>Tallahassee, FL 32315-3298 | Leigh D. Hart<br>P.O. Box 646<br>Tallahassee, FL 32302-0646 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Recovery Management Systems Corporation  
25 S.E. 2nd Avenue, Suite 1120  
Miami, FL 33131-1605

(d)Sunshine Savings Bank  
c/o Henry Lee Miller Jr.  
277 Pinewood Drive  
Tallahassee, FL 32303-8510

(u)Robert W. Murphy

End of Label Matrix  
Mailable recipients   49  
Bypassed recipients    3  
Total               52